**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7393

STACY W. HOWARD,

Plaintiff – Appellant,

v.

DIRECTOR JON E. OZMINT, of S.C. Department of Corrections
also known as John E. Ozmint; WARDEN WILLIE EAGLETON; AARON
JOYNER, Major; CAPTAIN KENNETH GREEN; S. SKIPPER, IGC of
the Evans Correctional Institution; T. WOOLBRIGHT; S.
MOSES; C. FOX; T. SIMMONS; MICHAEL J. STOBBE, Inmate
Records; JIMMY EDGE, officer; DAVID BRAYBOY, officer,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., Senior
District Judge. (6:08-cv-03171-GRA-WMC)

Submitted:  August 31, 2010      Decided:  September 30, 2010

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stacy W. Howard, Appellant Pro Se. Leigh Powers Boan, William
Walter Doar, Jr., MCNAIR LAW FIRM, PA, Pawleys Island, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stacy W. Howard appeals the district court's orders denying his motions for a preliminary injunction, appointment of counsel, and reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Howard v. Ozmint, No. 6:08-cv-03171-GRA-WMC (D.S.C. June 3 & July 13, 2009). We deny Howard's motions to defer filing an appendix, to file formal briefs, and to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED